Fill in this information to identify your case:

Debtor 1: Neil Edward Haselfeld
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (if known): 19 94614

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**   ☑ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent...........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

   FILED VIA MAIL
   12 RS
   JUN ✗ 2019
   Clerk, U.S. Bankruptcy Court
   Middle District of Florida
   Tampa Division

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 0

   If not included in line 4:

   4a. Real estate taxes     4a. $ _____ 133.00
   4b. Property, homeowner's, or renter's insurance     4b. $ _____ 67.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $ _____ 50.00
   4d. Homeowner's association or condominium dues     4d. $ _____

Debtor 1  Neil  Edward  Haselfeld        Case number (if known) 19 94614
         First Name  Middle Name  Last Name

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans       5. $ 0

6. **Utilities:**
    6a. Electricity, heat, natural gas                                                  6a. $ 90
    6b. Water, sewer, garbage collection                                                6b. $ 45
    6c. Telephone, cell phone, Internet, satellite, and cable services                  6c. $ 76
    6d. Other. Specify: _____                                                 6d. $ 0

7. **Food and housekeeping supplies**                                                   7. $ 200
8. **Childcare and children's education costs**                                         8. $ 0
9. **Clothing, laundry, and dry cleaning**                                              9. $ 0
10. **Personal care products and services**                                             10. $ 10
11. **Medical and dental expenses**                                                     11. $ 20
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                        12. $ 50
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**              13. $ 10
14. **Charitable contributions and religious donations**                                14. $ 0

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                                 15a. $ 0
    15b. Health insurance                                                               15b. $ 0
    15c. Vehicle insurance                                                              15c. $ 72
    15d. Other insurance. Specify: _____                                      15d. $ 0

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                            16. $ 0

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                                     17a. $ 0
    17b. Car payments for Vehicle 2                                                     17b. $ 0
    17c. Other. Specify: _____                                                17c. $ 0
    17d. Other. Specify: _____                                                17d. $ 0

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ 0

19. **Other payments you make to support others who do not live with you.**
    Specify: _____                                                            19. $ 0

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property                                                    20a. $ 0
    20b. Real estate taxes                                                              20b. $ 0
    20c. Property, homeowner's, or renter's insurance                                   20c. $ 0
    20d. Maintenance, repair, and upkeep expenses                                       20d. $ 0
    20e. Homeowner's association or condominium dues                                    20e. $ 0

Debtor 1  **Neil**           **Edward**         **Haselfeld**           Case number (if known) 19 94614
          First Name    Middle Name        Last Name

21. Other. Specify: _____           21.  +$ _____ 0

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                       22a.   $ _____ 823.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $ _____ 0

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $ _____ 823.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ _____ 1,374.00

    23b. Copy your monthly expenses from line 22c above.               23b.  –$ _____ 823.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                      23c.   $ _____ 551.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.    Explain here:  I am running at a negative per month at about -823.00



**PRIORITY MAIL**

FROM:
Neil Haselfeld
3006 Hawthorne St
Sarasota FL 34239

TO:
US Bankruptcy Court
801 N. Florida Ave.
Suite 555
Tampa, FL 33602

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



Retail

US POSTAGE PAID
$7.35
Origin: 34239
06/11/19
1184340301-20

PRIORITY MAIL 1-Day®

0 Lb 2.80 Oz
1006

C038

EXPECTED DELIVERY DAY: 06/12/19

SHIP TO:
801 N FLORIDA AVE
STE 555
TAMPA FL 33602-3860

USPS TRACKING NUMBER

9505 5148 0337 9162 4085 61

EP14F July 2013
OD: 12.5 x 9.5