UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

NEIL EDWARD HASELFELD,

    Debtor.
_____/

CASE NO.: 8:19-BK-04614-MGW
Chapter 7

## NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, BANK OF AMERICA

Fidelity National Law Group, through counsel, files this Notice of Appearance on behalf of creditor, Bank of America, and respectfully requests that copies of all pleadings, motions, notices, and orders be served upon the undersigned counsel.

**FIDELITY NATIONAL LAW GROUP**
*Counsel for Bank of America*
200 West Cypress Creek Road, Suite 210
Fort Lauderdale, Florida 33309
Telephone No: (954) 414-2107
Facsimile No: (954) 414-2101
Christian.Savio@fnf.com
Andrea.Brodsky@fnf.com
Pleadingsfl@fnf.com

By: /s/ *Christian Savio*
    Christian Savio
    Florida Bar No. 0084649

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 2002-1, that a copy of the foregoing has been served electronically through the Court's EM/ECF system.

By: /s/ *Christian Savio*
    Christian Savio