IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION



FILED VIA MAIL

AUG 06 2019

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:

NEIL E. HASELFELD          CASE NO. 8:19-bk-04614-MGW

CHAPTER 7

Debtor,

*Neil E Haselfeld,*

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF

### FROM THE AUTOMATIC STAY

Now comes Neil E. Haselfeld, Debtor who states the following in objection to Motion for Relief from the Automatic Stay.

On or about 08/02/2019 Legal counsel for Bank of America, the moving party, filed Motion for Relief from Automatic Stay.

Just discovered by Debtor is the new Bankruptcy law put in place on December 17, 2017, that requires all creditors to meet certain collection agency filing conditions regarding Federal Bankruptcy Procedures and Proof of Claim.

Bank of America has failed to file a required Proof of Claim in the instant case.

Creditors are now required to complete forms 410, 410A, 410S1 and 410S2 and give the courts the information to prove you have a legitimate claim. They court wants to know if the "claimant" is claiming through a derivative that was purchased or if the "claimant" was the original lender.

This is a subtle way of shifting the burden of Proof from the "debtor" to the alleged "creditor".

If the "Creditor" purchased a "Negotiable Instrument" (UCC) with a "known defect" (UCC) Creditor LOSES the attached security interest, in that, the NOTE still exists, however, the right to foreclose is extinguished by "operation of law". The result being that the "debt" is now collectable as to the individual, but not as to the property and becomes an "Unsecured Non Priority Debt" in this Chapter 7 proceeding.

This debt was listed as an "Unsecured Non Priority Debt" in this Chapter 7 proceeding is and is 100% Dis-chargeable upon the FEDERAL DISCHARGE, the document will be filed directly into the County Land Records wherein the Parties are free to battle out just what the effect of the

Discharge has on the existing "Mortgage" given that the underlying debt has been totally extinguished by the FEDERAL DISCHARGE OF DEBT as to all Creditors listed on the Matrix..

> A "Mort - Gage" is Latin for "Death Grip" and the filing of the Federal Discharge "releases the

> "Death Grip" from the record by Operation of Law. This is a delicate and subtle area of the cross-breeding of Securities Law (Federal) and Real Estate Law (State) and the term "Force majeure" applies here.

Force majeure refers to a clause that is included in contracts to remove liability for natural and unavoidable catastrophes that interrupt the expected course of events and restrict participants from fulfilling obligations Federal Law Defeats State Law under the US Constitution.

> In Debtor's State Foreclosure Case the following existed and does exist, the when a Promissory Note when separated from a (Trust) Deed or Mortgage becomes a "Nullity".

*Carpenter v. Longan, 83 U.S. 271, 21 L. Ed. 313, 1872 U.S. L.E.X.I.S. 1157 (1873). In where the repeated quote is, "The note and mortgage are inseparable; the former as essential, the latter as an incident. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity." The legal term used to describe a separation of the negotiable instrument (Note) from the security instrument (Mortgage/Deed of Trust) is, "bifurcation". Bifurcation is generally defined as a "separation" of one thing into two or more branches or parts more commonly associated to trials.*

> Debtor puts Movant to Strick Proof of the Bankruptcy Forms 410 submitted.

> NOTE: Debtor adopts, although redundant, DOC. [19] and (related document(s) [14] in the above styled case as a kind reminder to the issues therewith that have not been resolved.

> WHEREFORE, for all the foregoing circumstances, Debtor prays the Honorable Court to deny the Motion for Relief of the Stay and dismiss the movants motion in total, with prejudice and grant such other relief as the Court may deem just and reasonable.

August 5, 2019

*[signature: Neil E. Haselfeld]*

Neil E. Haselfeld

3006 Hawthorne Street

Sarasota, FL 34239

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Debtor via first class mail or email this 5th day of August, 2019 to the following persons.

**FIDELITY NATIONAL LAW GROUP**

*Counsel for Bank of America, N.A.*

200 West Cypress Creek Road, Suite 210

Fort Lauderdale, Florida 33309

Telephone No: (954) 414-2107

Facsimile No: (954) 414-2101

Christian.Savio@fnf.com  Andrea.Brodsky@fnf.com  Pleadingsfl@fnf.com


U.S. Trustee

United States Trustee – TPA7/13

Timberlake Annex, Suite 1200

Tampa, Florida 33602


Stephen L. Meininger, Trustee

707 North Franklin Street, Suite 850

Tampa, Florida 33602

*Neil E. Haselfeld* (signature)

Neil E. Haselfeld

3006 Hawthorne Street

Sarasota, FL 34239

NOTICE TO
CORRECT RECORD E

7.

PRESS FIRMLY TO SEAL

# PRIORITY® ★ MAIL★

FROM:

Haselfeld
3006 Hawthorne St
Sarasota FL 34239

TO:

US Bankruptcy Court
Middle District of FL
801 N. Florida Ave.
Tampa, FL 33602

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM® ★ ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. P

EXPECTED DELIVERY DAY: 08/06/19

USPS TRACKING NUMBER

9505 5265 0571 9217 4598 36



CPU

U.S. POSTAGE
$7.35
PRSE      0006
Orig: 34233
08/05/19
11081992         06 25

R2304E105081

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14B © U.S. Postal Service; July 2013; All rights reserved.