UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

NEIL EDWARD HASELFELD,

    Debtor.
_____/

CASE NO.: 8:19-bk-04614-MGW
Chapter 7

**CERTIFICATE OF NO RESPONSE**

Creditor, Bank of America, N.A., pursuant to Local Rules 2002-1(F) and 4001-1(C) of the Local Rules of this Court, files this Certificate of No Response accompanied by a proposed order pursuant to Local Rule 2002-4 and shows the Court as follows:

The undersigned, on behalf of Movant, filed a *Corrected Motion to Extend Time to Object to Discharge or File Complaint to Determine Dischargeability (corrected to include suite number of Clerk of Court in negative notice legend)* (Doc 21). The undersigned certifies that he provided notice of the motion to *pro se* Debtor. Pursuant to the Local Rule, the undersigned gives notice to the Court that no response has been made by Debtor, or any other person or entity to the motion to extend time.

    **FIDELITY NATIONAL LAW GROUP**
    *Counsel for Bank of America, N.A.*
    200 West Cypress Creek Road, Suite 210
    Fort Lauderdale, Florida 33309
    Telephone No: (954) 414-2107
    Facsimile No: (954) 414-2101
    Christian.Savio@fnf.com
    Andrea.Brodsky@fnf.com
    Pleadingsfl@fnf.com

    By: /s/ *Christian Savio*
        Christian Savio
        Florida Bar No. 0084649

**I CERTIFY**, pursuant to Local Rule 2002-1, that on <u>August 19, 2019</u>, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system, and by U.S. Mail to:

Neil Edward Haselfeld, *pro se*
3006 Hawthorne Street
Sarasota, Florida 34239.

Stephen L. Meininger, Trustee
707 North Franklin Street, Suite 850
Tampa, Florida 33602

U.S. Trustee
United States Trustee – TPA7/13
Timberlake Annex, Suite 1200
Tampa, Florida 33602

By: <u>/s/ *Christian Savio*    </u>
       Christian Savio