UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                          CASE NO.: 8:19-bk-04614-MGW

NEIL EDWARD HASELFELD,                Chapter 7

       Debtor.

_____/

### CREDITOR, BANK OF AMERICA, N.A.'S RESPONSE TO DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Creditor, Bank of America, N.A. ("BOA"), through counsel, files this response to Debtor's

Objection to Motion for Relief from Automatic Stay [DE 27] ("Response"), and in support states:

### BACKGROUND

1.      On or about July 8, 2010, BOA initiated a foreclosure action against the Debtor in

the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, styled *Bank

of America v. Haselfeld, et al.*, Case Number. 2010-CA-007042 (NC) (the "Foreclosure Action").

2.      The basis for the Foreclosure Action is a mortgage executed and delivered by Neil

E. Haselfeld ("Debtor") to BOA recorded in the Official Records Instrument #2006114902 of the

Public Records of Sarasota County, Florida (the "Mortgage") for a property located at 3006

Hawthorne Street, Sarasota, Florida. The Mortgage secured the payment of a promissory note in

the original principal amount of $156,000.00 (the "Note"). [A true and correct copy of the

Mortgage is attached to the Motion for Stay Relief as Exhibit "A"].

3.      On July 26, 2018, the Court in the Foreclosure Action entered a Uniform Judgment

of Mortgage Foreclosure in favor of Bank of America, N.A. ("Final Judgment"). [A true and

correct copy of the Final Judgment is attached to the Motion for Stay Relief as Exhibit "B"].

4.      Debtor, on April 1, 2019, filed a lawsuit against Bank of America, N.A. for Declaratory Judgment seeking to have the state court determine his interest in the property subject to the Final Judgment ("Declaratory Action"). [A copy of the Complaint is attached to the Motion for Stay Relief as Exhibit "C"]. The Debtor fails to list the lawsuit on his schedules.

5.      On May 9, 2019, Debtor recorded a Notice of Lis Pendens in the Public Records of Sarasota County, Florida, Instrument #2019060345 stating that his right in the subject property is superior. [A copy of the Lis Pendens is attached hereto as Exhibit "1"]. The Lis Pendens includes a notice of secured status based on a supposed secured interest in the subject property in the amount of $500,000 together with interest rate at seven percent (7%) per annum based on labor, maintenance, and materials furnished by the Debtor. The subject property is the Debtor's primary residence. This secured interest was not listed on the Debtor's schedules. The notice refers to an Affidavit of Secured Interest dated May 9, 2012, Instrument #2012059371. [A copy of the Affidavit is attached hereto as Exhibit "2"].

6.      There seems to be no limitation to the documents the Debtor has filed in the public records as it relates to the subject property since his acquisition in August 26, 2002:

    a.  Affidavit of Neil E. Haselfeld recorded February 28, 2012;
    b.  Deed recorded September 7, 2012 – Debtor conveying the subject property to himself.
    c.  Memorandum of Trust Establish For the – Church of Jobe Trust and Payment Bond recorded April 4, 2013;
    d.  Church of Jobe Trust – Schedule A: Property Schedule recorded April 4, 2013;
    e.  General Warranty Deed recorded April 5, 2013 – Debtor conveying the subject property to Church of Jobe Trust;
    f.  Grant of Possessory Right and Beneficial Trust recorded July 19, 2013 – granting the Debtor a lifetime possessory right in the subject property;
    g.  Affidavit of Truth recorded October 23, 2013;
    h.  Quitclaim Deed recorded February 1, 2019 – Debtor conveying the subject property to the Church of Jobe Trust; and
    i.  Notice of Lis Pendens recorded May 9, 2019.

[Copies of the above reference documents are attached as Composite Exhibit "3"]. Despite the above transfer of the subject property to the Church of Jobe Trust, which the Debtor owns and controls, just three months prior to the Petition Date, the Debtor maintains on his schedules that he still owns and resides in the subject property.

## **PROCEDURAL HISTORY**

7.     On May 5, 2019, Debtor filed for relief under Chapter 7 of the Bankruptcy Code ("Petition Date"). [DE 1].

8.     On August 2, 2019, Creditor filed its Motion for Relief from Automatic Stay. [DE 24].

9.     On August 6, 2019, Debtor filed his Objection to Motion for Stay from Automatic Stay. [DE 27].

10.     BOA is not seeking relief from the automatic stay to pursue foreclosure or a certificate of title on its Final Judgment of foreclosure or to even address the myriad of title issues listed above. It is only seeking stay in order to respond to and assert appropriate defense in the Declaratory Action.

## **ARGUMENT**

11.     Debtor, who is pro se, filed an objection to Creditor's request for stay relief to respond to Debtor's state court lawsuit filed prepetition against Creditor. As stated, Creditor is not seeking in personam or in rem relief. Creditor is simply seeking to defend itself in the Declaratory Action.

12.     While Debtor's objection is difficult to decipher as it appears to be mired of theories and piecemeal of uncited law thrown together, there are a few points to be made for those matters that Creditor is able to decode.

13.     First, Creditor is a secured creditor in a Chapter 7 no asset case is not required to file or complete a claim form especially when Debtor has listed the debt on his schedules.

14.     Second, the Debtor has yet to receive its discharge and Creditor is not seeking any affirmative relief against the Debtor only to merely respond to the state court action launched by the Debtor that he failed to disclose on his schedules.

15.     Lastly, Creditor attached the Final Judgment of foreclosure that is basis of its claim and as the Court is well aware the note and mortgage have merged into the Final Judgment.

16.     While Creditor does not believe the stay is applicable as it is merely taking defensive actions in the non-bankruptcy litigation, it seeks relief in abundance of caution to respond and file dispositive motions in the Debtor's state court action and to provide notice of the proceedings to the Trustee. *In re Muhlig*, 494 B.R. 755 (Bankr. S.D. Fla. 2013) (analyzing "defensive" actions affecting debtor's estate).

17.     This case is a no asset Chapter 7 and deemed a no distribution case by the Trustee, Creditor believes it is appropriate to obtain the comforts of an order granting stay relief to respond to the lawsuit launched by the Debtor prepetition.

18.     The Trustee has no objection to the relief requested.

WHEREFORE, Creditor, Bank of America, N.A., for all the foregoing reasons, respectfully requests that this Court enter an Order granting this Motion in its entirety and providing that the automatic stay be vacated so as to permit Bank of America, N.A. to defend the pending Declaratory Action and such other and further relief as this Court deems just and proper.

**FIDELITY NATIONAL LAW GROUP**
*Counsel for Bank of America, N.A.*
200 West Cypress Creek Road, Suite 210
Fort Lauderdale, Florida 33309
Telephone No: (954) 414-2107
Facsimile No: (954) 414-2101
Christian.Savio@fnf.com
Andrea.Brodsky@fnf.com
Pleadingsfl@fnf.com

By: */s/ Christian Savio*
        Christian Savio
        Florida Bar No. 0084649


        I HEREBY CERTIFY, pursuant to Local Rule 2002-1, that a copy of the foregoing has

been served electronically through the Court's EM/ECF system; all creditors identified on the

Martrix attached hereto; and U.S. Mail to:

Neil Edward Haselfeld, pro se
3006 Hawthorne Street
Sarasota, Florida 34239.

Stephen L. Meininger, Trustee
707 North Franklin Street, Suite 850
Tampa, Florida 33602

U.S. Trustee
United States Trustee – TPA7/13
Timberlake Annex, Suite 1200
Tampa, Florida 33602


        By: */s/ Christian Savio*
                Christian Savio

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2019060345   5   PG(S)

5/9/2019 12:54 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
Receipt # 2370492

THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

CIVIL COURTS

Neil E Haselfeld                          CASE NO: 2019-CA-1806–NC
Plaintiff
v

BANK OF AMERICA N.A.
Defendant,

### NOTICE OF LIS PENDENS

NOTICE IS HERBY GIVEN of the institution in the above-entitled Court:, of the above styled cause, by the above-named Petitioner and the above-named Respondents, involving the following described property, situate and being in SARASOTA County, Florida, to-wit:

3006 Hawthorne Street
LOT 4 BLK N COTTAGE IN THE PINES

Parcel ID number: **0055110018**

Seeking the Court's determination of Superior right, title and interest to the above real property and related personal property.

PLEASE GOVERN YOURSELVES ACCORDINGLY

Dated this _10_ day of _April_ 2019.

Petitioner

Neil E Haselfeld
c/o 3006 Hawthorne Street
Sarasota, Fl. (34239)

(Attachment)

EXHIBIT "1"

Neil E Haselfeld - plaintiff

BANK OF AMERICA - defendant

Case # 2019 CA 1806 NC

## AFFIDAVIT OF NOTICE

ATTENTION COUNTY REGISTRAR OF DEEDS: This instrument covers secured interest and goods that are or are to become fixtures on or improvements to the Property described herein and is to be filed for record in the real estate records.

### PUBLIC NOTICE TO PUBLIC AND PRIVATE CONCERNS

NOTICE of Non-Abandonment of Property and Claims
NOTICE of Secured Interest of Property
*NOTICE TO PRINCIPAL IS NOTICE TO AGENT*
*NOTICE TO AGENT IS NOTICE TO PRINCPAL*

NOTICE of Non-Abandonment of Property and Claims

**PLEASE TAKE NOTICE**, that Neil E. Haselfeld, your Affiant and the undersigned, with personal knowledge of matters set forth herein, one of the people of Florida, in correct public capacity, being of majority in age, competent to testify with clean hands, without waiving any rights, remedies, or defenses declares, verifies and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury of the laws of the united States of America and the State of Florida, except those statements of fact made upon information and belief, and as to those statements, the undersigned believes them to be true:

**KNOW ALL MEN BY THESE PRESENT**, that I, Neil E. Haselfeld, the undersigned, do hereby give **NOTICE** that the homestead land, improvements thereon and therein, have not and will NOT be abandoned by We, Me, Myself, and I, nor any of My heirs or assigns and/or through any simulation of a legal process as under color of law, color of authority, and/or color of title or overlay or by the sale of the legal description known as:

ALL THAT CERTAIN LAND SITUATE IN SARASOTA COUNTY, FLORIDA, VIZ:
LOT 4, BLOCK N, COTTAGE IN THE PINES SUBDIVISION, ACCORDING TO
THE PLAT THEREOF RECORDED IN PLAT BOOK 5, PAGE 24, OF THE PUBLIC
RECORDS OF SARASOTA COUNTY, FLORIDA

ATTACHMENT

ACQUIRED VIA WARRANTY DEED EXECU'I'ED SEPTEMBER 3, 2002
BY ERNEST F. SWARTZ AND NAOMI S. SWARZ TO NEIL E. HASELFELD
RECORDED IN OFFICIAL RECORDS OF THE CLERK OF THE COURT,
SARASOTA COUNTY, INSTRUMENT NO. 2002146259.
PARCEL ID NO.0055110018  Commonly known as: 3006 HAWTHORNE
STREET SARASOTA, FLORIDA (34239)

No word, action, notice, and/or writing be construed to imply the granting of any power of attorney, waiver of private property, land, and homestead rights as One of the People, or any certificate or assignment of title to any purchaser in NEIL E. HASELFELD by operation of law, or any seizure or 5th Amendment taking without just compensation by force of arms, and all rights and interests remain in Me, Myself, and I, or to My heirs, forever.

### NOTICE of Non-Abandonment of Property and Claims NOTICE of Secured Interest of Property

I will not and/or have not abandoned the aforementioned property and/or associated accounts, contracts or trusts willingly, intelligently or voluntarily, unless done so by force, threat of force and/or duress that would be in violation of the Fifth Amendment of the united States Constitution, and ALL CLAIMS, CAUSES OF ACTION, ETC., TO THE PROPERTY BY NEIL E. HASELFELD ARE STILL RIPE AND SHALL BE PURSUED TO THE FULLEST EXTENT THAT THE LAW PERMI'I'S.
You have been NOTICED.

### NOTICE of Secured Interest of Property/Land

The undersigned has an equitable, secured interest in the subject property/land. The undersigned's equitable, secured interest in the subject property is itemized in a separate supporting **Affidavit of Secured Interest** dated May 9, 2012, Document # 2012059371 pages 3-12 on public record in Clerk of Sarasota County, Florida available upon request. The undersigned's equitable, secured interest exceeds **Five-Hundred Thousand Dollars ($500,000.00).**

The undersigned says in accordance with labor, services, and materials furnished by the undersigned and/or others, since on or about September 3, 2002, on and for the homestead, land, improvements therein and thereon, for labor, materials, and services for the upkeep and maintenance, payments, interest, taxes, fees, assessments, new construction, all repairs and replacements, and any and all improvements thereon and therein, for said land and homestead that is under deed by NEIL E. HASELFELD, for a total value of and in sum set certain as of this date that exceeds **Five-Hundred Thousand Dollars ($500,000.00)** of which remains unpaid and as outstanding principal together with interest thereon at the rate of seven percent (7%) per annum from September 3, 2002, as of May 9, 2012.

THE UNDERSIGNED RESERVES ALL RIGHTS TO ADJUST THE SUM CERTAIN OF SECURED, EQUITY INTEREST IN THE SUBJECT PROPERTY TO REFLECT ADDITIONAL IMPROVEMENTS, MAINTENANCE OR EXPENSES.

No word or action, notice, and/or writing can be construed to imply the granting of any power of attorney, waiver of rights, or assignment of title to name and/or private homestead land improvements therein and thereon as inheritance and reinstatement of claim of right. The undersigned is the holder in due course and the secured party.

Any interested party may contact: **Neil E. Haselfeld**, the secured party, whose mailing address is **Neil E. Haselfeld** c/o 3006 Hawthorne Street, Sarasota, Florida (34239).

ALL PROSPEC'I'IVE PURCHASERS BEWARE, the undersigned's secured, equitable interest herein described must be SATISFIED before any legal transfer of title to the subject property. THIS DOCUMENT REFLECTS THAT A POSSESSORY LIEN AND A PRESERVATION OF EQUITY INTEREST LIEN HAS BEEN PLACED ON THE SUBJECT REAL PROPERTY LISTED HEREIN, A CLAIM OF LIEN TO EQUITABLE, SECURED INTEREST. ALL RIGHTS AND REMEDIES RESERVED/RETAINED WITHOUT PREJUDICE, WITHOUT RECOURSE.

By: _____    3/12/19

Neil E Haselfeld, Authorized Signatory for and Director of
NEIL E. HASELFELD, a Legal Person
3006 Hawthorne Street
Sarasota, Florida [34239]

State of Florida            )
                           )ss.:    JURAT/ ACKNOWLEDGMENT
County of Sarasota         )


On this. __12__ day of March, 2019, before me, _Russell S Crawford_ _
a Notary Public in and for the State of Florida and county of Sarasota, personally appeared Neil E. Haselfeld, who proved
to me on the basis of satisfactory evidence to be the living man who attested and subscribed to the within above
instrument, by the above-named party's unlimited commercial liability, as true, correct, complete and not misleading,
and further proven that he is the man subscribed to within this instrument .

Witness my hand and seal this· __12__ day of  MARCh

        NOTARY PUBLIC

        MY SEAL EXPIRES ON _____  1/3/21 _____

Notary Public State of Florida
Russell S Crawford
My Commission GG 089975
Expires 06/03/2021


Dated this __12__ day of March, 2019.        Done under my hand and seal of my freewill act and deed.



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2012059371 21 PGS
2012 MAY 09 12:07 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY  Receipt#1497376

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2012025022 2 PGS
2012 FEB 28 10:35 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY  Receipt#1473151

## AFFIDAVIT OF NEIL E. HASELFELD

STATE OF FLORIDA )
                 ) ss
COUNTY OF SARASOTA )

Comes now, Neil E.Haselfeld, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.



7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

_Neil E Haselfeld_
Your Name

Before me, _Neil Hasefeld_ , a Notary Public duly authorized by the

State of Florida, personally appeared Neil E. Haselfeld, who has sworn to and

subscribed in my presence, the foregoing document, on this 28th day of February

in the Year 2012.

_Michael S. Doyle_
Notary Public

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages _____ through _____ of the instrument filed in
this office. The original instrument filed containg _____
pages.
☑ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this ___ day of
_____ 20___.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____ Deputy Clerk

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires: MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

Neil E. Haselfeld
3006 Hawthorne St.
Sarasota, Florida 34239

## AFFIDAVIT OF INTEREST OF NEIL EDWARD HASELFELD

STATE OF __FLORIDA__     )
                                ) *ss*
COUNTY OF __SARASOTA__  )

   Comes now, Neil E. Haselfeld, Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Your Affiant, Neil E. Haselfeld, entered into an agreement to purchase specific real property on 09-03-2002.

2. Your Affiant, Neil E. Haselfeld, notices that the address of said property is 3006 Hawthorne St. Sarasota Fl. 34239.

3. Your Affiant, Neil E. Haselfeld, notices that the legal description of said property is as attached. See exhibit A.

4. Your Affiant, Neil E. Haselfeld, had a mortgage agreement specific to said property in which the sales price was $174,000.00.

5. As of 05/01/2012, Your Affiant, Neil E. Haselfeld, made payments totaling, $91,293.00 (All Loan Servicing Companies, which include first's, second's, refinanced loans, Home Equity Lines of Credit, Taxes, Insurance, etc.) to multiple alleged servicers pursuant to the alleged loan agreement specific to the purchase of the above described property, including but not limited to Bank Of America Home Loans.

6. Your Affiant, Neil E. Haselfeld, as of 05-01-2012 has 6 Years, (Original loan date to present) of maintenance and upkeep of said property which have an approximate value of $528,000.00 See exhibit B

1

7. Your Affiant, Neil E. Haselfeld, has made improvements to said property from the time of original purchase which has an approximate value of $43,480.00. See exhibit B.

8. Your Affiant, Neil E. Haselfeld, has a total secured interest in the above referenced property as of 05/01/2012 of approximately $836,773.00 (Total amount of all payments made on 4-9).

9. To date, no party has made any offer to Your Affiant, Neil E. Haselfeld, to settle Affiant's interest in said property.

10. Further, Affiant sayeth naught.

Signature _Neil E. Haselfeld_    Date: _5-4-12_

Neil E. Haselfeld

State of _Florida_
County of _Sarasota_
Subscribed and sworn to (or affirmed) before me on this _4_ day of _MAY_, 2012 by _Neil Haselfeld_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Michael S. Doyle_    (Seal)
Notary Public

> NOTARY PUBLIC-STATE OF FLORIDA
> Michael S. Doyle
> Commission # DD886816
> Expires:  MAY 05, 2013
> BONDED THRU ATLANTIC BONDING CO., INC.

2

Attach Exhibit A and B as follows below with your information

# EXHIBIT A

## *PROPERTY LEGAL DESCRIPTION*

**PHYSICAL ADDRESS:**
3006 Hawthorne St.  Sarasota, Fl.  34239.

*Legal Description*
*Lot 4, Block N, COTTAGE IN THE PINES SUBDIVISION, according to the*
*plat thereof recorded in Plat Book 5, Page 24, of the Public Records of*
*Sarasota County, Florida.*

3



### United States Department of the Interior

### Bureau of Land Management

Eastern States
7450 Boston Boulevard
Springfield, Virginia 22153
http://www.es.blm.gov



*Jan 26, 2012*

TO WHOM IT MAY CONCERN:

**I HEREBY CERTIFY THAT** the attached reproduction(s) is an exact copy of the official document on file in this office.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the seal of this office to be affixed on the above day and year.

_____
Authorized Signature

Telephone (703)440-1600 or Fax (703)440-1609

ES 1845.1 (Nov 2011)

# The United States of America

To all to whom these presents shall come, Greeting:

Whereas, by the Act of Congress approved September 28th 1850, entitled "An Act to enable the State of Arkansas and other States to reclaim the 'swamp lands' within their limits," it is provided that all the swamp and overflowed lands, made unfit thereby for cultivation within the State of Florida, which remained unsold at the passage of said Act, shall be granted to said State. And Whereas, in pursuance of in structions from the General Land Office of the United States, the several tracts, or parcels of land hereinafter described have been Selected as "Swamp and Overflowed Lands" ac cruing to the said State under the Act aforesaid, lying Situated in the District of Lands Subject to Sale at Tampa in Florida. to wit:

Township 34 South, of Range 18 East: x

The North East quarter, the South Half of the North west quarter, and the South West quarter of Section One; the Whole of Section two; the Whole of Section three; the Whole of Section four; the Whole of Section five; the North East quarter of Section Six; the North East quarter of Section eight; the Lots Numbered five, three and four of Section ten; the Lots Numbered One, three and four of Section eleven; the Lots Numbered One, two, three and four of Section twelve; the Lots Numbered One and two of Section thirteen; the Lot Numbered One of Section fourteen; the Whole of fractional Section fifteen; the Lots Numbered One, three and four of Section nineteen; the Whole of fractional Section twenty; the Whole of fractional Section twenty-one; the Whole of fractional Section twenty-two; the Whole of fractional Section twenty three; the Whole of fractional Section twenty-four; the Whole of fractional Section twenty-five; the Whole of frac tional Section twenty-six; the East half of the North East quarter, the West half of the North west quarter, and the South half of Section twenty seven; the Whole of Section twenty-eight; the East half of the North East quarter, the West half of the North East quarter, the West half of the South East quarter, the South East quarter of the South West quarter, and the Lot Numbered of Section twenty-nine; the Lot Numbered four, and the South west quarter of the South East quarter of Section thirty; the West half of the North East quarter of Section thirty-one; the North East quarter, the East half of the North West quarter, and the East half of the South East quarter of Section thirty-two; the East half, and the West half of Section thirty-three; the Whole of Section thirty-four; the Whole of Section thirty-five; and the East half, and the West half of Section thirty-six; Containing in all twelve thousand five hundred and nine acres, and Sixty seven hundredths of an acre.

Township 35 South of Range 18 East:

The East half, the South East quarter of the North west quarter, the North West quarter of the North West quarter, and the South West quarter of Section One; the North East quarter, the South East quarter, the North West quarter, and the East half of the South West quarter of Section five; the North East quarter of the North East quarter, the West half of the North East quarter, the South East quarter of the South East quarter, of the South West quarter, and the West half of the South West quarter of Section



twenty two, the whole of Section twenty three, the whole of Section [illegible] the whole of Section twenty [illegible] the whole of Section [illegible] the whole of Section thirty, the whole of Section thirty [illegible] the whole of Section thirty [illegible] the whole of Section thirty [illegible] the whole of Section [illegible] [illegible] containing in the aggregate [illegible] and [illegible] hundredths of an acre.

Township forty [illegible] of Range [illegible]

The whole of Section one, the whole of Section [illegible] the whole of Section three, the whole of Section four, the whole of Section five, the whole of Section six, the whole of Section seven, the whole of Section eight, the whole of Section nine, the whole of Section ten, the whole of Section eleven, the whole of Section twelve, the whole of Section thirteen, the whole of Section fourteen, the whole of Section [illegible] [illegible] the whole of Section [illegible] [illegible] the whole of Section twenty [illegible] the whole of Section twenty [illegible] the whole of Section twenty [illegible] [illegible] the whole of Section thirty six; containing in the aggregate [illegible] thousand [illegible] acres and [illegible] hundredths of an acre. And containing in the aggregate [illegible] one sixty seven thousand and [illegible] and sixty nine hundredths of an acre, according to the official plats of survey of the said lands returned to the General Land Office by the Surveyor General, and for which the Governor of the said State of Florida did on the twentieth day of March One thousand eight hundred and fifty six request a Patent to be issued to the said State as required in the aforesaid Act.

Now therefore know ye, That the United States of America, in consideration of the premises, and in conformity with the Act of Congress aforesaid, Have Given and Granted, and by these presents Do Give and Grant, unto the said State of Florida in fee simple subject to the disposal of the Legislature thereof, The tracts of Land above described; To have and to hold the same, together with all the rights, privileges, immunities, and appurtenances thereto belonging, unto the said State of Florida, in fee simple and to its assigns for ever. In testimony whereof I Franklin Pierce President of the United States of America, have caused these Letters to be made Patent and the Seal of the General Land Office to be hereunto affixed.

Given under my hand at the City of Washington the twenty fifth day of August in the year of our Lord One thousand eight hundred and fifty six and of the Independence of the United States the eighty first.

By the President Franklin Pierce

H. E. Baldwin, Asst. Secretary.

Jos. S. Wilson Acting Recorder of the General Land Office.

## Confirmation Report — Memory Send

```
Page       : 001
Date & Time: 06-12-05   02:30pm
Line 1     :
Line 2     :
Machine ID :
```

| | | |
|---|---|---|
| Job number | : | 335 |
| Date | : | 06-12  02:29pm |
| To | : | ☎17348050772 |
| Number of pages | : | 001 |
| Start time | : | 06-12  02:29pm |
| End time | : | 06-12  02:30pm |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 335              *** SEND SUCCESSFUL ***

---

## SARASOTA COUNTY GOVERNMENT
### Planning and Development Services Business Center

# Certificate of Occupancy

Certificate Number: 2005 066572 000 00 B1

Reference File #: BUP2005-00416

Subdivision Name: Cottage In The Pines

Street Address: 3006 Hawthorne Street

Allowed Occupancy: Single Family Residence

Owner: Neil Hasefield

Contractor: Anonymous Home Owner File

P.I.D.: 0035-11-0018

Lot #: 4.

Zoning: RSF-3

**FINAL INSPECTION OR REVIEW DATES:**

Zoning Plans Review - February 11, 2005

Resource Protection Review - January 13, 2005

Utilities Review - January 11, 2005

Health Dept Review - February 10, 2005

Tree Protection Review - February 09, 2005

Building Final - June 08, 2006

Residential Electrical Final Inspection - May 18, 2006

Mechanical Final - May 18, 2006

Plumbing Final - June 08, 2006

Tree Final Inspection - June 08, 2006

Building Official or Authorized Signature

Certificate of Occupancy - June 08, 2006

Date

# EXHIBIT B
## *IMPROVEMENTS AND MAINTENANCE*

### 3006 Hawthorne St. Sarasota, Fl.  34239

*Legal Description*
*See Attached Exhibit A*
*Instrument NO. 40628077121*

IMPROVEMENTS FROM May 1, 2006 TO  May 1, 2012 :
Cabinets: $6,600
Window Coverings:  $ 2000.00
Repairs: Countertops, Flooring, Cabinets, Garage: $ 7,135.00
Garage Cabinets, Shelving: $4890.00
House Painting: $3,700.00
     Landscaping: $6300.00
     Water Softener: $2,200.00
     Ceiling Fans (7): $950.00
     Overhead Lighting:  2,700.00
     Fireplace: $2,265.00
     Tile $4,740.00


     TOTAL: $43,480.00

MAINTAINENCE AND UPKEEP FROM May 1, 2006 TO May 1, 2012
     Pest Control: $1760.00
     Landscape Maintenance: 3488.00
     House Cleaning Services: $3840.00
     A/C Air Filters: $220.00
     Septic Repairs: 820.00
     Total Maintenance at $10.00 per hour 24/7: $518,400.00

     TOTAL:  $528,000.00

4

## AFFIDAVIT FOR VERIFICATION AND PROOF OF SERVICE
### BY DUE PRESENTMENT UNDER NOTARY SEAL WITH
### ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, Neil Haselfeld on this 9th day of FEBURARY, 2012 do hereby swear under oath, attest and affirm that I have prepared the herein contained documents for the sole purposes as set forth therein, and not for any other purpose and not to mislead, obstruct, obscure or impede the rightful due processes as provided by law, public codes and legal statutes. Further, I hereby confirm that I have caused to be delivered into the hands of the administering public official the following documents addressed as indicated below, who then verified that they were placed into an envelope and sealed with USPS Certified Mail Receipt number: ~~RB 556 299 213 US~~  7008 2810 0001 9864 6336 Neff

TO:    BANK OF AMERICA HOME LOANS SERVICING, LP
        PO BOX 650070
        DALLAS, TEXAS 75265-0070

1. Affidavit for Verification and Proof of Service by Due Presentment under Notary Seal with Attestation of Notary and Administering Oath (this document, 2 pages)
2. EFT Negotiable Instrument #1001, **For Set off and/or Discharge of Debt Only, NOT FOR ACH OR DEPOSIT** (1 page)
3. Home Loan Summary, NEIL EDWARD HASELFELD, BANK OF AMERICA HOME LOANS, Member Number: 129055089-4 (1 page)

*Neil Edward Haselfeld*
Neil Edward Haselfeld

## ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

Florida ~~NEIL;~~ Michael S. Doyle , the below subscribed Notary Public in and for the State of ~~Arizona~~, and under my notary seal as placed herein below, do solemnly attest that I administered an Oath to the Man as the living being who swore to the veracity and validity of this declaration of presentment, and that I personally witnessed his execution of same with original wet ink signature as entered above.

Be it further known by these presents that I, _____, as Witness for the herein matter, on this 9th day of FEBURARY, 2012, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of verifying a response or lack thereof and of

Page 1 of 2

taking and administering the oath of the party as stated.   I do declare that I personally confirmed that the herein listed documents were placed in an envelope, sealed and were caused to be sent by Certified Mail number listed above.

_____

Affirmed on the date as set forth herein

State of Florida                    )
                                    )        Sworn and Subscribed   **JURAT**
County of Sarasota                  )

Subscribed and sworn to (or Affirmed) before me on this <u>9th</u> Day of <u>FEBRUARY,</u> Two Thousand Twelve, by <u>Neil E. Haselfeld</u>    , proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires:   MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

_____          2/13/2012
Notary Signature                              Date

My Commission Expires: <u>May 5, 2013</u>

[LEGAL NOTICE:  The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  Tampering with a witness, victim, or an informant.  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.  Notary Acceptor is not an attorney licensed to practice law in the State of California and has not given legal advice or accepted fees for legal advice; has provided no assistance in the preparation of the above referenced documents; has no interest in any issue referenced therein; is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.  Notary's signatures and seals are on this Presentment and Certificate of Service for purposes of service, notation of response or lack thereof and as third party verification only.]

Neil Edward Haselfeld
3006 Hawthorne St.
Sarasota, Florida  34239

AFFIDAVIT OF EFT OF NEIL EDWARD HASELFELD

STATE OF FLORIDA                )
                                )  ss
COUNTY OF SARASOTA              )

Comes now, Neil E. Haselfeld, your Affiant, being competent to testify and being over the age
of 21 years of age, after first being duly sworn according to law to tell the truth to the facts
related herein states the she has firsthand knowledge of the facts stated herein and believes
these facts to be true to the best of her knowledge.

1. On February 9, 2012, Your Affiant, Neil E. Haselfeld did an Electronic Funds Transfer
Instrument to discharge the debt associated with account #129055089 associated with BAC
Home Loans Servicing, LP. It was then, Witnessed, Notarized, and sent out certified mail (see
attached).
2. On February 16, 2012, Your Affiant Neil E. Haselfeld received the EFT Instrument #1001 for
$170,000.00, an AFFIDAVIT FOR VERIFICATION AND PROOF OF SERVICE, and a
payment processing letter were received from BAC. The EFT had been tampered with (see
attached). No reason, or reasons were given for any defect with the EFT Instrument.
 3.  Because of the Bank's modification to the original EFT Instrument, and return to Your
Affiant Neil E. Haselfeld with no corrective explanation instructions included, the Document is
considered to be valid, and The Debt has been lawfully discharged as per UCC and related USC
rules.  A follow up letter explaining same was sent to BAC, on 03-03-2012 (see attached)

Further, Affiant sayeth naught.

_Neil E. Haselfeld_ _____          _5-4-12_____
**Full Name**                               Date

State of _Florida_
County of _Sarasota_
Subscribed and sworn to (or affirmed) before me on this _4_ day of _May_, 2012
By ~~Full Name~~, proved to me on the basis of satisfactory evidence to be the person who appeared
before me. _Neil E. Haselfeld   no neV_

_Michael S. Doyle_ _____ (Seal)
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires:  MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.



**NEIL E HASELFELD** 01/12
3006 HAWTHORNE ST.
SARASOTA, FL 34239

CREDIT TO BANK OF AMERICA
84-7041/2652
BILLING ACCOUNT 12905 ° 8 9
DATE February 4, 2012

1001

PAY TO THE ORDER OF BANK OF AMERICA HOME LOANS | $ 170,000.00
ONE HUNDRED SEVENTY THOUSAND DOLLARS

BANK OF AMERICA

**IBERIABANK**    *Classic* CHECKING

MEMO

Neil E Haselfeld

⑈265270413⑈  1210237586 2⑈  1001

WITHOUT RECOURSE

NEIL E HASELFELD   01/12
3000 HAWTHORNE ST.
SARASOTA, FL  34239

84-7041/2662

1001

BILLING ACCOUNT 12905 487
February 9, 2012

PAY TO
THE ORDER OF   BANK OF AMERICA HOME LOANS INC   $ 170,000.00

ONE HUNDRED SEVENTY THOUSAND                    DOLLARS

BANK OF AMERICA
P. O. Box 10
Dallas, Texas 75265. 01 10

**IBERIABANK**

Classic
CHECKING

MEMO _____   Neil E Haselfeld

⑆265270413⑆  ⑈12102375862⑈  1001



EXCEPTION PROCESSING

FEB 1 6 2012

WITHOUT RECOURSE

Certified Mail Provides:
☐ A mailing receipt
☐ A unique identifier for your mailpiece
☐ A record of delivery kept by the Postal Service for two years

*Important Reminders:*
☐ Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
☐ Certified Mail is *not* available for any class of international mail.
☐ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
☐ For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
☐ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
☐ If a postmark on the Certified Mail is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

Certified Mail Provides:                  *Dallas*
☐ A mailing receipt                     *2-12 - 407Am*
☐ A unique identifier for your mailpiece
☐ A record of delivery kept by the Postal Service for two years  *1520*

*Important Reminders:*
☐ Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
☐ Certified Mail is *not* available for any class of international mail.
☐ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
☐ For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
☐ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
☐ If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Neil Haselfeld*
*3006 Hawthorne St*
*Sarasota Fl 34239*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.75 |

Postmark Here

PINECRAFT
SARASOTA CS
FEB 09 2012

Sent To Bank of America
Street, Apt. No.; or PO Box No. P.O. Box 650070
City, State, ZIP+4 Dallas Tx 75265-0070

7010 1870 0001 2057 4911

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

2/9/12

Sent To Bank of Amer
Street, Apt. No.; or PO Box No.
City, State, ZIP+4 Dallas Tx 75265

7008 2810 0001 9864 6336

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Jeremy Clark_ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Bank of America <br> PO 650070 <br> Dallas Tx <br> 75265-0070 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☑ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0001 2057 4911 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

February 28th, 2012

BANK OF AMERICA
PO BOX 650070
DALLAS, TEXAS
        75265-0070

RE: Creditor Account #129055089
Certified Mail Number:    7008 2810 0001 9864 6336

To whom it may concern:

On 2/09/12, I submitted an instrument to BANK OF AMERICA with specific instructions in order to
have the debt associated with account number 129055089 to be discharged.    This was an EFT
instrument which was sent certified mail, # 7008 2810 0001 9864 6336, under notary
presentment.    BANK OF AMERICA received this instrument on 2/12/12 as demonstrated by
notification from USPS.

Since you have refused the payment and returned same to me, per UCC and related USC, you have
effectively discharged the associated debt in this matter.

This is formal notice to your office that by your refusing my instrument to discharge the debt
associated with account number 129055089 in the amount of $170,000.00, you have lawfully
discharged the associated debt and there is no further obligation on my part to respond to BANK OF
AMERICA in this matter.    The accounting has been resolved.

Regards,

*Neil E. Haselfeld*

Neil E. Haselfeld
3006 Hawthorne St.
Sarasota, Florida
        [34239]


**Jurat**

Sarasota County,
Sarasota, Florida    ss:

Subscribed and affirmed before me this ___28th___ day of ___February___, in the
year of ___2012___, by *Neil Haselfeld*_____

*Michael S. D...*_____
Notary
Seal_____
My Commission Expires *MAY 5, 2013*

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires: MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

GULF GATE Pack & Ship
2172 Gulf Gate Drive
Sarasota, Florida    34231



**Home Loans**

Attn: Payment Processing
PO Box 650070
Dallas, TX 75265-0070

2/16/2012

NEIL E HASELFELD

3006 HAWTHORNE ST

SARASOTA, FL 34239

Dear Customer,

Enclosed is your check, which is being returned to you for one of the reasons indicated below:

❑   Your check is blank.  For your protection, we have stamped "VOID" on your check.

√   Other:  NOT ACCEPTABLE FORM OF PAYMENT

If you have any questions, please contact one of our Customer Service Representatives at (800) 669-6607.

**Regarding**

| | |
|---|---|
| Customer: | NEIL E HASELFELD |
| CheckNumber: | 1001 |
| CheckAmount: | ######## |
| CheckDate: | 2/9/2012 |

Sincerely,                                                          $60

***Payment Processing***

Neil Haselfeld
3006 Hawthorne St
Sarasota Fl 34239

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2012025022 2 PGS
2012 FEB 28 10:35 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCOURSEY  Receipt#1473151

# AFFIDAVIT OF NEIL E. HASELFELD

STATE OF FLORIDA   )
                    ) *ss*
COUNTY OF SARASOTA  )



2012025022

Comes now, Neil E.Haselfeld, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

Composite Exhibit 3

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

_Neil E Haselfeld_
Your Name

Before me, _Neil Haselfeld_ , a Notary Public duly authorized by the

State of Florida, personally appeared Neil E. Haselfeld, who has sworn to and

subscribed in my presence, the foregoing document, on this 28th day of February

in the Year 2012.

_Michael S Doyle_
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires:   MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2012115876 6 PGS
2012 SEP 07 12:50 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY  Receipt#1535138
Doc Stamp-Deed:       0.70

2012115876

After recording, return to:

Neil E. Haselfeld

3006 Hawthorne St.

Sarasota, Florida          [ 34239 ]

## DEED

## KNOW ALL MEN BY THE PRESENTMENTS:

That in consideration of Twenty-Five Dollars ($25.00), in gold and/or silver coin, and other good and valuable considerations, in hand paid to _____NEIL E. HASELFELD_____, GRANTOR(s), by _____Neil E. Haselfeld_____, the Grantee(s). The GRANTOR(s) has/have acknowledged and delivered this deed before the below undersigned notary and/or witnesses. This deed and the attached land description has been delivered, acknowledged, and accepted by the Grantee(s) and I/we hereby take possession and do occupy the land. The GRANTOR(s) do/does for himself/herself/themselves, his/her/their heir(s) and assigns, convey this lawful Deed in Fee Simple/Allodium to the Grantee(s), his/her/their heirs and assigns, with right of survivorship, forever without encumbrance, including all hereditaments and appurtenances.   Grantor(s) agree/agrees to defend title to this land in the event that a question of lawful ownership arises at a future time.

## LAND DESCRIPTION - SEE ATTACHMENT "A"

Note: The attached land description is excepting any public contract that may infringe on the reasonable and necessary rights of relevant landowners. The attached land description is excepting infringement on the sovereign rights of the Grantee as a matter of principal under common law.  Any such infringement of sovereign unalienable rights as protected by the Constitution of the united States of America, c. 1787, as amended by the first ten Amendments, known as the Bill of Rights, c. 1791, is declared excluded, null and void.

Note:  The attached land description is accepting any private contracts that may benefit the reasonable & necessary rights of relevant land owners.

| NEIL E. HASELFELD | | By: _Neil E Haselfeld_ |
| GRANTOR (PRINT NAME) | Date | GRANTOR SIGNATURE |
| | | By: |
| GRANTOR (PRINT NAME) | Date | GRANTOR SIGNATURE |
| Neil E. Haselfeld | | _Neil E Haselfeld_ |
| Grantee (Print Name) | Date | Grantee Signature |
| | | |
| Grantee (Print Name) | Date | Grantee Signature |

Deed: Page 1 of 2 – Witness and Notary Acknowledgment on Subsequent Page

Copyright© 2012 Dominion Services. All Rights Reserved.

Deed:

## WITNESS

The above-named Grantee(s)/Assignee(s) known by below-subscribed witnesses or upon satisfactory evidence proven to below-subscribed witnesses to be the same, personally appeared before us, as witnesses, and did acknowledge his/her/their deed being of his/her/their own free will and affixed his/her/their signature(s) thereon.

In witness this ___7___ day of _SEptEMbER_____, A.D. _2012_ .

_Michael S. Doyle_
Witness (Print Name)                              Witness Signature

_TRevoe S. Gveh River_
Witness (Print Name)                              Witness Signature

## ACKNOWLEDGMENT

State of _Florida_____ )
                                              ) ss/sa
County of _SARASota_____ )

The above-named Grantee(s), known by me or upon satisfactory evidence proven to me to be the same, personally appeared before me, a Notary, and did acknowledge his/her/their deed, being of his/her/their own free will, and affixed his/her/their signature thereon.

Under oath this ___7___ day of _SEptEMbER_____, A.D. _2012_ .

_Michael S. Doyle_
Notary name PRINTED                             Notary Signature

_MAy 5, 2013_                     Seal/Stamp
My commission expires

NOTARY PUBLIC-STATE OF FLORIDA
Michael S. Doyle
Commission # DD886816
Expires:  MAY 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

Deed: Page 2 of 2

Copyright© 2012 Dominion Services. All Rights Reserved.

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013046443 3 PGS
2013 APR 04 11:47 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
SARMISTEAD  Receipt#1605847

Recording Requested By
And when recorded send to:
**CHURCH OF JOBE TRUST**
Attn: Administer of Trust
C/o3006 Hawthorne Street
Sarasota, Florida 34239



2013046443

THE ABOVE SPACE IS FOR ............... ...... .....

## MEMORANDUM OF TRUST ESTABLISH FOR THE

# -CHURCH OF JOBE TRUST-

*(an irrevocable Common-law trust)*

This Memorandum of Trust is establish for the **"CHURCH OF JOBE TRUST"** and is an actual and constructive notice executed and recording as a Deed, as evidence of the existence of the foregoing Declaration of Trust under Agreement. Any person(s) may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust under Agreement, and is relieved of any obligation to verify that any transaction entered into by a Trustee(s) thereunder is consistent with the terms and conditions of said Declaration of Trust under Agreement.

*KNOW  THAT,*          **NEIL EDWARD HASELFELD, as Grantor** *(Trustor/Creator/Settlor)*
[*Registered No: 43712*]
C/o 1501 Capitol Avenue, Suite 5103
Sacramento, California 95814

*WHEREAS,* the Grantor created an irrevocable Common-law trust, known as the **CHURCH OF JOBE TRUST** , a private unincorporated trust organization, dated *January 1st 2013*, and naming;

**Minister Neil E Haselfeld, as Trustee** *(Administer of Trust)*
C/o 3006 Hawthorne Street
near: Sarasota, Florida [*non-domestic*]

*NOW, THEREFORE,* in consideration of the covenants contained within the Declaration of Trust under Agreement created thereunder and may be referred to by the name: *"CHURCH OF JOBE TRUST"* the receipt and sufficiency of which hereby are acknowledged, whereas said Grantor hereby irrevocably transferred, conveyed, assigned and delivered to said Trustee(s) assets more particularly described in a Schedule A attached thereto or incorporated hereinafter, to hold the same, and any other property which the Trustee(s) hereinafter may acquire, **IN TRUST,** for the purposes and upon the terms and conditions thereunder as set forth in the Declaration of Trust under Agreement, with or without specifying any change in Trustee(s).

*IN WITNESS WHEREOF,*    said Grantor has duly executed this Memorandum of Trust and hereunto set his/ her hand and Seal as of this *1st* day of *January, 2013*

By: _____
NEIL EDWARD HASELFELD, as Grantor

## ACKNOWLEDGMENT BY NOTARY PUBLIC

STATE OF: FLORIDA          )
                          }   *SS.:*
COUNTY OF: SARASOTA    )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that [he/ she/ they] executed the same in [his/ her/ their] stated or authorized capacity(ies), and that by [his/ her/ their] signature(s) on this instrument the person(s), or entity upon behalf of which the person(s) signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: _____4/1/2013_____          By: _____, Notary Public

Seal:  

ELIZABETH H. MAGIN
Notary Public - State of Florida
My Comm. Expires Jun 25, 2014
Commission # DD 967134

My Commission Expires: _____

*6-Declaration of Trust establish for the-Church of Jobe Trust*

## CHURCH OF JOBE TRUST *(con't)*

*IN WITNESS WHEREOF,* said Trustee hereby accepts appointment as trustee with respect to property held **IN TRUST** as such and agree to perform the duties and obligations required of the Trustee with respect to the terms and conditions set forth in this instrument and said Trustee has duly accept and has hereunto set his/ her hand and Seal.

*Done this 1ˢᵗ  day of January, 2013*

By: _____
Minister Neil E Haselfeld
*(hereinafter referred to as Trustee)*
C/o 3006 Hawthorne Street
near: Sarasota, Florida [*non-domestic*]

*WITNESSES:*
I declare that, Minister Neil E Haselfeld, as Trustee, is personally known to me *(or prove to me on the basis of convincing evidence)* to be the Trustee that he/ she signed or acknowledged this Trust in my presence, or he/ she appears to be of sound mind and under no duress or undo influence.

By: _____

Printed Name: _____Aaron Golding_____, Date: 04/01/13

By: _____

Printed Name: ___Cheryl Hussin___, Date: 04/01/13

## ACKNOWLEDGMENT BY NOTARY PUBLIC

STATE OF: *FLORIDA*; COUNTY: *SARASOTA*

*For Verification Purposes Only*

On this date the men and/ or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached to this acknowledgment was signed as a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: ____4/1/2013____  By: _____, Notary Public

Seal:

ELIZABETH H. MAGIN
Notary Public - State of Florida
My Comm. Expires Jun 25, 2014
Commission # DD 967134

My Commission Expires: _____

*5-Declaration of Trust establish for the-Church of Jobe Trust*

## CHURCH OF JOBE TRUST *(con't)*

**IN WITNESS WHEREOF,** said Grantor *(as Trustor/ Creator/ Settlor)*, desires to create an Irrevocable Trust under Agreement for the purpose and upon the terms and conditions hereinafter set forth in this instrument and said Grantor has duly executed and hereunto set his/ her hand and Seal

Done this *1ˢᵗ* day of January, 2013

By: *Neil Edward Haselfeld*

NEIL EDWARD HASELFELD
*(hereinafter referred to as Grantor)*
[*Registered No:43712*]
C/o 1501 Capitol Avenue, Suite 5103
Sacramento, California 95814

**WITNESSES:**
I declare that <u>NEIL EDWARD HASELFELD, as Gantor</u>, Is personally known to me *(or prove to me on the basis of convincing evidence)* to be the Grantor that he/ she signed or acknowledged this Trust in my presence, or he/ she appears to be of sound mind and under no duress or undo influence.

By: _____

Printed Name: *Aaron Golluey* , Date: *04/01/13*

By: _____

Printed Name: *Cheren Mussio* , Date: *04/01/03*

## ACKNOWLEDGMENT BY NOTARY PUBLIC

STATE OF: **FLORIDA**; COUNTY: **SARASOTA**

*For Verification Purposes Only*

On this date the men and/ or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached to this acknowledgment was signed as a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: ___4/1/2013___ By: _____, Notary Public

Seal:                          My Commission Expires: _____



RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013046440 1 PG
2013 APR 04 11:47 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
SARMISTEAD  Receipt#1605847

Recording Requested By
And when recorded sed to:
**CHURCH OF JOBE TRUST**
Attn: Administer of Trust
C/o3006 Hawthorne Street
**Sarasota, Florida 34239**


2013046440

_____THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY_____

# -CHURCH OF JOBE TRUST-
## SCHEDULE A: PROPERTY SCHEDULE

### Real and or other Personal Property:

**[REAL PROPERTY]**

***DESCRIPTION:*** *For the land commonly known as: 3006 Hawthorne Street, Sarasota, Florida, PIN: 0055-11-0018, map number, Book 5, Page 24, Lot No: 4, Block N, Cottage in the Pine, from Subdivision Plat-Surveyors Certificate-Metes and bounds description of Subdivision: Rio Vista a subdivision of the SW ¼ of SW ¼ and the West ½ of the SE ¼ of Section 28 Township 36 South Range 18 East Sarasota County, Florida*

**[PERSONAL PROPERTY]**

***KNOW ALL MEN BY THESE PRESENTS***:

That we, **NEIL E HASELFELD**, as Principal *(Grantor)* and **CHURCH OF JOBE TRUST**, an irrevocable Common-law trust *(a business trust organization)* duly organized and authorized to do business in the United States of America and the State of Florida *(refer to the Declaration of Trust/ Agreement establish for the Church of Jobe Trust)*, inconsideration and for the purpose of making, guaranteeing, or becoming sole surety upon bond(s), or undertaking as required or authorized by applicable law, as Surety, arc held and firmly bound unto the Sarasota County Clerk of the Circuit Court & County Comptroller, State of Florida in the attached hereto and incorporated herein **Payment Bond** *(Standard Form 25A)* and **Affidavit of Individual Surety** *(Standard Form 28)* to this *"Schedule A"* in lawful money of the United States of America for the payment whereof well and truly to be made for the discharge and release of any security interest or liens *(Deed of Trust or Mortgage Agreements)* under Section 713.76 of the Florida Statutes, more fully described in the attached hereto payment bond and affidavit.

**WHEREAS**, the condition of the foregoing obligation is such that the above Principal has granted the above Real-estate *(property)*, more fully described in the *"Warranty Deed"* attached hereto and incorporated herein.

*NOW, THEREFORE*, if any prior owner, lien holder, or security interest holder, and if any subsequent *"alleged"* purchaser of the above property or person(s) acquiring any security interest or lien in it, and their respective successors and/ or assigns in interest should suffer any expense, loss or damage, by reason of the granted above property or on account of any defect in or undisclosed security upon the right, title and interest of the Principal in and to the property, the Sarasota County Clerk of the Circuit Court & County Comptroller, shall have a right of action to redeem or recover on the attached payment bond for the benefit of such person(s). Said bond shall continue to remain in full force and effect from date of issuance of bond. ***SO ORDERED***

By: CHURC OF JOBE TRUST

Signature: _~Neil E. Haselfeld~_ (SEAL)
Minister Neil E Haselfeld

Its: Trustee

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013047177 2 PGS

2013 APR 05 12:38 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
ABURCHETT  Receipt#1606346
Doc Stamp-Deed:        0.70

2013047177

**PREPARED BY:**
Minister Neil E. Haselfeld
C/O 3006 Hawthorne Street,
Sarasota, FL 34239

**RECORDING REQUESTED BY**

**AND WHEN RECORDED MAIL TO:**
CHURCH OF JOBE TRUST
C/O 3006 Hawthorne Street,
Sarasota, FL 34239

**MAIL TAX STATEMENTS TO:**
CHURCH OF JOBE TRUST
3006 Hawthorne Street,
Sarasota, FL 34239

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# GENERAL WARRANTY DEED

## KNOW ALL MEN BY THESE PRESENTS THAT:

THIS GENERAL WARRANTY DEED, made and entered into on the 4 day of Apr., 20 13, between NEIL E. HASELFELD, a single person, whose address is C.O 3006 Hawthorne Street, Sarasota, Florida 34239 ("Grantor"), and CHURCH OF JOBE TRUST, a trust, whose address is C/O 3006 Hawthorne Street, Sarasota, Florida 34239 ("Grantee").

For and in consideration of the sum of $10.00, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby Grants, Bargains, Sells, and Conveys with general warranty covenants to Grantee, the property located in Sarasota County, Florida, described as:

[WITH TRUST] **DESCRIPTION:** For the land commonly known as: 3006 Hawthorne Street, Sarasota, Florida, PIN: 0055-11-0018, map number, Book 5, Page 24, Lot No: 4, Block N, Cottage in the Pine, from Subdivision Plat-Surveyors Certificate-Metes and bounds description of Subdivision: Rio Vista a subdivision of the SW ¼ of SW ¼ and the West ½ of the SE ¼ of Section 28 Township 36 South Range 18 East Sarasota County, Florida.

SUBJECT TO all, and if any, valid easements, rights of way, covenants, conditions, reservations and restrictions of record.

Subject to existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record the Grantor hereby covenants with the Grantee that the Grantor is lawfully seized in fee simple of the above granted premises and has good right to sell and convey the same, and that the Grantor, Grantor's heirs, executors and administrators shall

warrant and defend the title unto the Grantee, Grantee's heirs and assigns against all lawful claims whatsoever.

Tax/Parcel ID Number: # 0055-11-0018

IN WITNESS WHEREOF the Grantor has executed this deed on the 5TH day of

APRIL _____, 20 13 .

4/5/2013
Date

_Neil E. Haselfeld_
NEIL E. HASELFELD, Grantor

Grantor's Witness

Grantor's Witness

STATE OF FLORIDA _____ COUNTY OF SARASOTA _____

The foregoing instrument was acknowledged before me this the 5TH day of APRIL _____, 20 13 by NEIL HASELFELD who is personally known to me or has produced FL DL H241-625-53-292-0 as identification and who did/did not take an oath.

Signature of Notary/Deputy Clerk

JANA ANTOWELLE _____ Printed Name of Notary/Deputy Clerk

My Commission expires: 10/30/2015

JANA ADAMS-ANTONELLI
MY COMMISSION # EE 142186
EXPIRES: October 30, 2015
Bonded Thru Budget Notary Services

General Warranty Deed            Page 2 of 2

Neil Haselfeld
3006 Hawthorne St
Sarasota 34239

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013100403 1 PG
2013 JUL 19 10:06 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
SARMISTEAD  Receipt#1644752



2013100403

## GRANT OF POSSESSORY RIGHT AND BENEFICIAL INTEREST

**Neil Edward Haselfeld**, as Trustee of the **CHURCH OF JOBE TRUST** Agreement dated **January 1, 2013**, pursuant to the express powers granted to the Trustee as set forth in the Trust, hereby grants to **Neil Edward Haselfeld** a lifetime possessory right and beneficial interest in the real estate described below.

*Neil Edward Haselfeld* – Trustee

(Trustee's Name) Trustee

For the land commonly known as: 3006 Hawthorne St., Sarasota, Florida, PIN: 0055-11-0018, Map number, Book S, Page 24, Lot 4, Block N, Cottage In The Pine, from subdivision Plat- Surveyor's Certificate-Metes and bounds description of Subdivision: Rio Vista a subdivision o the SW ¼ of SW ¼ and the West ½ of the SE ¼ of Section 28 Township 36 South Range 18 East Sarasota County, Florida.

7-19-13

ARIC CHEVTAIKIN
Notary Public - State of Florida
My Comm. Expires Dec 5, 2015
Commission # EE 151022

*EXHIBIT C*

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013144553 3 PGS
2013 OCT 23 11:25 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
SARMISTEAD  Receipt#1676852

*Document prepared by - Return to:*
*Haselfeld, Neil Edward*
*3006 Hawthorne Street*
*Sarasota, Florida 34239*



2013144553

# Affidavit of Truth

### IN SUPPORT OF OBJECTION TO FINAL SUMMARY JUDGEMENT

### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

The undersigned, hereafter Affiant, a natural man, a living breathing soul, a sovereign in correct capacity as beneficiary to the Original Jurisdiction, being of majority in age, having a sound mind, competent to testify, a self-realized entity, a free man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand knowledge, true, correct, complete, certain and not misleading, so help me God.

1. Affiant is of majority in age, has a sound mind and is competent to testify.

2. Affiant states that the facts herein are of first hand personal knowledge.

3. Affiant states that the Plaintiffs' Attorney(s) as a "Foreign Agents" under Title 22 USC § 611 are trying to prosecute in the name of some "Foreign" (Corporation). Court lacks Jurisdiction in the matter.

4. Affiant states that a "Foreign" (Corporation) can not appear or their Attorney(s) can not give testimony. *Trinsey v. Pagilaro D.C. Pa 1964, 229 F.Supp.647, Statements of Counsel in brief or in argument are based on hearsay and are not facts before the court and therefore are not admissible in any court.*

5. Affiant states that Plaintiffs' Attorney(s) have produced no original signed contract between the parties and believes there is no evidence that one exists.

6. Affiant states to the best of his first hand knowledge that there are no Affidavit of Facts by a competent firsthand witness or injured party and believes none exist.

7. Affiant states that there is no competent fact witness with firsthand knowledge of the alleged facts that has OR WILL appear in person that can be questioned by the alleged Defendant.

8. Affiant states that on February 24, 2012 American Express received by Certified Mail Return Receipt Requested # 7011047000270774465 my Tender of Payment regarding Account # 371333570496006, in the amount of $8545.00 (see attached Exhibit A) discharging the debt pursuant and in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United State, 1st session on June 5, 1933 at 4:40 P.M., hereinafter referred to "HJR 192" with said resolution having never been repealed and still being in full force and effect, and in accord with the Uniform Commercial Code 3-603and the Florida Commercial Code Title XXXIX 673.6011 (1) concerning the discharge of debt.

9. Affiant states that Payment was tendered in food faith, with clean hands and at arm's length pursuant to UCC 3-603.

10. Affiant states that on July 11, 2012 he notified American Express that their silence equated to acceptance to the February 22, 2012 Tender of Payment. (see attached Exhibit B)

11. Affiant state that there is no evidence and believes none exist of a refusal by American Express to accept my Tender of Payment nor was tendered instrument returned to Affiant pursuant to the Uniform Commercial Code and the Florida Commercial Code.

12. If alleged Plaintiff believes these statements of fact and truth are incorrect, misleading, or false please tender your Counter-Affidavit rebutting the above statements point for point. Otherwise this Affidavit stands as Truth in Commerce unless rebutted by the Plaintiff.

13. Affiant states, I hereby accept the oaths of office of all Judges, Clerks, or any other officials of the County Court of Sarasota regarding this instant matter as your open and binding offer of contract, and to form a firm and binding contract between you (County Court of Sarasota) and me (Haselfeld, Neil Edward) in which you agree to perform all your promises to protect and uphold all of my God given rights as you swore to protect, so help me God!

Further, Affiant saith not.

DATED: the twenty third day of the tenth month, in the year of our Lord, two thousand thirteen, Sarasota, Florida

By: *Haselfeld, Neil Edward*

Haselfeld, Neil Edward Agent, Authorized Representative
For NEIL E. HASELFELD

Using a notary on this document does not constitute any adhesion nor does it alter my Neutral standing *in itinere* in original Common Law Jurisdiction. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

JURAT

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**                                    [Seal]

SUBSCRIBED AND SWORN TO (or Affirmed)
BEFORE ME ON THIS ___23rd___ DAY OF OCTOBER 23, 2013

___Neil Haselfek___                                        [Stamp]
A living man personally known to me or proved to me on the basis
of satisfactory evidence to be the individual who appeared before me
as his free will, act, and voluntary deed.

_____
NOTARY PUBLIC IN AND FOR AFORESAID STATE



AARON GOLDBERG
Notary Public - State of Florida
My Comm. Expires Aug 21, 2017
Commission # FF 047508

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2019013023 4 PG(S)
February 01, 2019 02:39:02 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed $0.70



# Quitclaim Deed

**RECORDING REQUESTED BY** _____

**AND WHEN RECORDED MAIL TO:**

_____ , Grantee(s)

_____

_____

Consideration: $_____

Property Transfer Tax: $ _0055/10018_

Assessor's Parcel No.: _____

PREPARED BY: _Neil Haselfeld_ _____ certifies herein that he or she has prepared

this Deed.

_____          _2-1-19_
Signature of Preparer                              Date of Preparation

_Neil Haselfeld_

Printed Name of Preparer

**THIS QUITCLAIM DEED**, executed on ___2-1-19___ in the County of

___Sarasota___ , State of ___Florida___

by Grantor(s), _Neil Edward Haselfeld_ ,

whose post office address is _3006 Hawthorne St Sarasota FL 34239_

to Grantee(s), _Church OF Jobe Trust_

whose post office address is _3006 Hawthorne St Sarasota FL 34239_

**WITNESSETH**, that the said Grantor(s), _Neil Haselfeld_

for good consideration and for the sum of _Ten & 0/100_

($ _10.00_ ) paid by the said Grantee(s), the receipt whereof is hereby acknowledged,

does hereby remise, release and quitclaim unto the said Grantee(s) forever, all the right, title

interest and claim which the said Grantor(s) have in and to the following described parcel of land, and improvements and appurtenances thereto in the County of _____Sarasota_____, State of _____Florida_____ and more specifically described as set forth in EXHIBIT "A", to this Quitclaim Deed, which is attached hereto and incorporated herein by reference.

**IN WITNESS WHEREOF**, the said Grantor(s) has signed and sealed these presents the day and year first above written.  Signed, sealed and delivered in presence of:

**GRANTOR(S):**

_____
Signature of Grantor

Neil Edward Haselfeld
Print Name of Grantor

_____
Signature of First Witness to Grantor(s)

Stephen Fostik
Print Name of First Witness to Grantor(s)

_____
Signature of Second Grantor (if applicable)

_____
Print Name of Second Grantor (if applicable)

_____
Signature of Second Witness to Grantor(s)

Sara Wolski
Print Name of Second Witness to Grantor(s)

**GRANTEE(S):**

_____
Signature of Grantee

_____
Print Name of Grantee

_____
Signature of First Witness to Grantee(s)

_____
Print Name of First Witness to Grantee(s)

_____
Signature of Second Grantee (if applicable)

_____
Print Name of Second Grantee (if applicable)

_____
Signature of Second Witness to Grantee(s)

_____
Print Name of Second Witness to Grantee(s)

**NOTARY ACKNOWLEDGMENT**

State of _FLORIDA_

County of _SARASOTA_

On _2-1-2019_ , before me, ~~NEIL HASELFELD~~ (SF)   STEPHEN FOJTIK , a notary

public in and for said state, personally appeared, _NEIL HASELFELD_

_____

who are known to me (or proved to me on the basis of satisfactory evidence) to be the persons
whose names are subscribed to the within instrument and acknowledged to me that they ex-
ecuted the same in their authorized capacities, and that by their signatures on the instrument the
persons, or the entity upon behalf of which the persons acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature of Notary

Affiant Known _____ Produced ID _____

Type of ID _FLOL H 241·635·53·292·0_            (Seal)

STEPHEN FOJTIK
Notary Public - State of Florida
Commission # GG 224779
My Comm. Expires Jun 4, 2022
Bonded through National Notary Assn.

**Exhibit "A"**

Legal Description

LOT 4 Block N Cottage In The Pines

_____  JUSTIN C. SMITH    10/23/13
Witness                                      Date

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2019060345    5    PG(S)

5/9/2019 12:54 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
Receipt # 2370492

THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

CIVIL COURTS

CASE NO: 2019-CA-1806–NC

Neil E Haselfeld
Plaintiff
v

BANK OF AMERICA N.A.
Defendant,

### NOTICE OF LIS PENDENS

NOTICE IS HERBY GIVEN of the institution in the above-entitled Court:, of the above styled cause, by the above-named Petitioner and the above-named Respondents, involving the following described property, situate and being in SARASOTA County, Florida, to-wit:

3006 Hawthorne Street
LOT 4 BLK N COTTAGE IN THE PINES

Parcel ID number: **0055110018**

Seeking the Court's determination of Superior right, title and interest to the above real property and related personal property.

PLEASE GOVERN YOURSELVES ACCORDINGLY

Dated this _10_ day of _April_ 2019.

Petitioner

Neil E Haselfeld
c/o 3006 Hawthorne Street
Sarasota, Fl. (34239)

(Attachment)

Neil E Haselfeld - plaintiff

BANK OF AMERICA - defendant

Case # 2019 CA1806 NC

## AFFIDAVIT OF NOTICE

<u>ATTENTION COUNTY REGISTRAR OF DEEDS:</u> This instrument covers secured interest and goods that are or are to become fixtures on or improvements to the Property described herein and is to be filed for record in the real estate records.

### PUBLIC NOTICE TO PUBLIC AND PRIVATE CONCERNS

**NOTICE of Non-Abandonment of Property and Claims**
**NOTICE of Secured Interest of Property**
*NOTICE TO PRINCIPAL IS NOTICE TO AGENT*
*NOTICE TO AGENT IS NOTICE TO PRINCPAL*

**NOTICE of Non-Abandonment of Property and Claims**

**PLEASE TAKE NOTICE**, that Neil E. Haselfeld, your Affiant and the undersigned, with personal knowledge of matters set forth herein, one of the people of Florida, in correct public capacity, being of majority in age, competent to testify with clean hands, without waiving any rights, remedies, or defenses declares, verifies and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury of the laws of the united States of America and the State of Florida, except those statements of fact made upon information and belief, and as to those statements, the undersigned believes them to be true:

**KNOW ALL MEN BY THESE PRESENT**, that I, Neil E. Haselfeld, the undersigned, do hereby give **NOTICE** that the homestead land, improvements thereon and therein, have not and will NOT be abandoned by We, Me, Myself, and I, nor any of My heirs or assigns and/or through any simulation of a legal process as under color of law, color of authority, and/or color of title or overlay or by the sale of the legal description known as:

ALL THAT CERTAIN LAND SITUATE IN SARASOTA COUNTY, FLORIDA, VIZ:
LOT 4, BLOCK N, COTTAGE IN THE PINES SUBDIVISION, ACCORDING TO
THE PLAT THEREOF RECORDED IN PLAT BOOK 5, PAGE 24, OF THE PUBLIC
RECORDS OF SARASOTA COUNTY, FLORIDA

ATTACHMENT

ACQUIRED VIA WARRANTY DEED EXECU'I'ED SEPTEMBER 3, 2002
BY ERNEST F. SWARTZ AND NAOMI S. SWARZ TO NEIL E. HASELFELD
RECORDED IN OFFICIAL RECORDS OF THE CLERK OF THE COURT,
SARASOTA COUNTY, INSTRUMENT NO. 2002146259.
PARCEL ID NO.0055110018  Commonly known as: 3006 HAWTHORNE
STREET SARASOTA, FLORIDA (34239)

No word, action, notice, and/on,writing be construed to imply the granting of any power of attorney, waiver of private property, land, and homestead rights as One of the People, or any certificate or assignment of title to any purchaser in NEIL E. HASELFELD by operation of law, or any seizure or 5th Amendment taking without just compensation by force of arms, and all rights and interests remain in Me, Myself, and I, or to My heirs, forever.

## NOTICE of Non-Abandonment of Property and Claims NOTICE of Secured Interest of Property

I will not and/or have not abandoned the aforementioned property and/or associated accounts, contracts or trusts willingly, intelligently or voluntarily, unless done so by force, threat of force and/or duress that would be in violation of the Fifth Amendment of the united States Constitution, and ALL CLAIMS, CAUSES OF ACTION, ETC., TO THE PROPERTY BY NEIL E. HASELFELD ARE STILL RIPE AND SHALL BE PURSUED TO THE FULLEST EXTENT THAT THE LAW PERMI'I'S.
You have been NOTICED.

## NOTICE of Secured Interest of Property/Land

The undersigned has an equitable, secured interest in the subject property/land. The undersigned's equitable, secured interest in the subject property is itemized in a separate supporting **Affidavit of Secured Interest** dated May 9, 2012, Document # 2012059371 pages 3-12 on public record in Clerk of Sarasota County, Florida available upon request. The undersigned's equitable, secured interest exceeds **Five-Hundred Thousand Dollars ($500,000.00).**

The undersigned says in accordance with labor, services, and materials furnished  by  the undersigned and/or others, since on or about September 3, 2002, on and for the homestead, land, improvements therein and thereon, for labor, materials, and services for the upkeep and maintenance, payments, interest, taxes, fees, assessments, new construction, all repairs and replacements, and any and all improvements thereon and therein, for said land and homestead that is under deed by NEIL E. HASELFELD, for a total value of and in sum set certain as of this date that exceeds **Five-Hundred Thousand Dollars ($500,000.00)** of which remains unpaid and as outstanding principal together with interest thereon at the rate of seven percent (7%) per annum from September 3, 2002, as of May 9, 2012.

THE UNDERSIGNED RESERVES ALL RIGHTS TO ADJUST THE SUM CERTAIN OF SECURED, EQUITY INTEREST IN THE SUBJECT PROPERTY TO  REFLECT  ADDITIONAL IMPROVEMENTS, MAINTENANCE OR EXPENSES.

No word or action, notice, and/or writing can be construed to imply the granting of any power of attorney, waiver of rights, or assignment of title to name and/or private homestead land improvements therein and thereon as inheritance and reinstatement of claim of right. The undersigned is the holder in due course and the secured party.

Any interested party may contact: **Neil E. Haselfeld**, the secured party, whose mailing address is **Neil E. Haselfeld** c/o 3006 Hawthorne Street, Sarasota, Florida (34239).

ALL PROSPEC'I'IVE PURCHASERS BEWARE, the undersigned's secured, equitable interest herein described must be SATISFIED before any legal transfer of title to the subject  property.  THIS DOCUMENT REFLECTS THAT A POSSESSORY LIEN AND A PRESERVATION OF EQUITY INTEREST LIEN HAS BEEN PLACED ON THE SUBJECT REAL PROPERTY LISTED HEREIN, A CLAIM OF LIEN TO EQUITABLE, SECURED INTEREST. ALL RIGHTS AND REMEDIES RESERVED/RETAINED WITHOUT PREJUDICE, WITHOUT RECOURSE.

By: _____   3/12/19

Neil E Haselfeld,  Authorized Signatory for  and Director of
NEIL E. HASELFELD, a Legal Person
3006 Hawthorne Street
Sarasota, Florida [34239]

State of Florida          )
                          )ss.:    JURAT/ ACKNOWLEDGMENT
County of Sarasota        )


On this. ___12___ day of March, 2019, before me, _Russell S Crawford_ ___
a Notary Public in and for the State of Florida and county of Sarasota, personally appeared Neil E. Haselfeld, who proved
to me on the basis of satisfactory evidence to be the living man who attested and subscribed to the within above
instrument, by the above-named party's unlimited commercial liability, as true, correct, complete and not misleading,
and further proven that he is the man subscribed to within this instrument .

•

Witness my hand and seal this· ___12___ day of MARCH

        NOTARY PUBLIC

        MY SEAL EXPIRES ON _____1/3/21_____


        Notary Public State of Florida
        Russell S Crawford
        My Commission GG 089975
        Expires 06/03/2021


Dated this ___12___ day of March, 2019.        Done under my hand and seal of my freewill act and deed.

Label Matrix for local noticing
113A-8
Case 8:19-bk-04614-MGW
Middle District of Florida
Tampa
Fri Aug  2 09:18:02 EDT 2019

BANK OF AMERICA
c/o Fidelity National Law Group
200 W Cypress Creek Rd, Ste 210
Fort Lauderdale, FL 33309-2175

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee, LLP
Post Office Box 3001
Malvern, PA 19355-0701

BAC Home Loans Servicing, LP
fka Countrywide Home Loans Servicing, LP
9000 Southside Blvd, #600
Jacksonville, FL 32256-0789

Bank of America, N.A.
Post Office Box 31785
Tampa, FL 33631-3785

City Of Sarasota
Finance Dept. rm. 114
1565 1st St.
Sarasota, FL 34236-8501

Federal Home Loan Bank Board
8200 Jones Branch Drive
McLean, VA 22102-3107

Fifth Third  Bank
Post Office Box 9013
Addison, TX 75001-9013

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Mortgage Electronic Registration Systems, In
Corporate Headquarters
1818 Library Street Suite 300
Reston, VA 20190-6280

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quicken Loans, Inc.
20555 Victor Parkway
Livonia, MI 48152-7031

SARASOTY COUNTY ADMINISTRATION CENTER
1660 Ringling Blvd.
Sarasota, FL 34236-6808

U.S. Trustee
United States Trustee -TPA7/13
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602-3949

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Walmart
PO Box 53097
Atlanta, GA 30355-1097

Wells Fargo Bank, N.A.
11200 W Parkland Ave.
Milwaukee, WI 53224-3127

Neil Edward Haselfeld
3006 Hawthorne St.
Sarasota, FL 34239-3219

Ronald J O'Donnell
29982 Ansel Lane
Highland, CA 92346-7729

Stephen L Meininger
707 North Franklin Street
Suite 850
Tampa, FL 33602-4400

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank
Mail Drop 1 MOC 266
Cincinnati, OH 45263

Portfolio Recovery Associates, LlC
Post Office Box 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20