**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

Dated: **August 22, 2019**


Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Neil Edward Haselfeld
dba Waterskis Professional

Case No.
8:19–bk–04614–MGW
Chapter 7

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE A/B

THIS CASE came on for consideration, without hearing, of the Amended Schedule A/B filed August 22, 2019, Doc. No. 33. The Amended Schedule A/B is deficient as follows:

The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

Accordingly, it is **ORDERED:**

The Amended Schedule A/B is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.