ORDERED.

Dated: August 26, 2019

*[Signature]*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

NEIL EDWARD HASELFELD,

      Debtor.
_____/

CASE NO.: 8:19-bk-04614-MGW
Chapter 7

### ORDER GRANTING CREDITOR, BANK OF AMERICA, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CAUSE came on for consideration on August 22, 2019, at 9:30 a.m. upon Creditor Bank of America's Motion for Relief from Automatic Stay ("Motion for Stay Relief") (Doc. No. 24); Debtor's Objection to Motion for Relief from Automatic Stay (Doc. No. 27); and Creditor, Bank of America, N.A.'s Response to Motion for Stay Relief (Doc. No. 31). The Court having heard argument of counsel and Debtor Neil Edward Haselfeld, and good cause appearing, accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Creditor's Motion for Stay Relief (Doc. No. 27) is hereby GRANTED. The Motion was served on all interested parties.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant defending the state court action filed by the Debtor pending in the Circuit Court of the Twelfth Judicial

Circuit, In and For Sarasota County, Florida, case styled *Neil E. Haselfeld v. Bank of America, N.A.*, Case No. 2019-CA-1806 NC ("Declaratory Action").

       3.      The automatic stay is modified for the sole purpose of allowing Movant to take any and all action to defend the Declaratory Action, but the Movant shall not pursue a foreclosure action without further relief from this Court or obtain in personam relief against the Debtor.

# # #

Submitted by:

Christian Savio, Esq.
Fidelity National Law Group
200 W. Cypress Creek Road, Suite 210
Fort Lauderdale, FL 33309
954-414-2107
Christian.savio@fnf.com

*Attorney Christian Savio, Esq. is directed to serve a copy of this order on interested parties and all parties on the Mailing Matrix and file a proof of service within three days of entry of the order.*

**SERVICE LIST**

Via U.S. Mail:

Neil Edward Haselfeld, pro se
3006 Hawthorne Street
Sarasota, Florida 34239.

Stephen L. Meininger, Trustee
707 North Franklin Street, Suite 850
Tampa, Florida 33602

U.S. Trustee
United States Trustee – TPA7/13
Timberlake Annex, Suite 1200
Tampa, Florida 33602