ORDERED.

Dated: August 26, 2019

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

NEIL EDWARD HASELFELD,

    Debtor.
_____/

CASE NO.: 8:19-bk-04614-MGW
Chapter 7

**ORDER GRANTING CREDITOR, BANK OF AMERICA, N.A.'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OR FILE COMPLAINT TO DETERMINE DISCHARGEABILITY**

THIS CAUSE came on for consideration on August 22, 2019, at 9:30 a.m. upon Creditor Bank of America's Motion for Extension of Time to File Objection to Discharge or File Complaint to Determine Dischargeability (Doc. No. 21) (the "Motion"). The Court having received no responses to the Motion filed on negative notice pursuant to Local Rule 2002-4; and good cause appearing. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Creditor's Motion is hereby GRANTED.

2. The Deadline is extended to and including October 19, 2019.

# # #

Submitted by:

Christian Savio, Esq.
Fidelity National Law Group
200 W. Cypress Creek Road, Suite 210
Fort Lauderdale, FL 33309
954-414-2107
Christian.savio@fnf.com

*Attorney Christian Savio, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within three days of entry of the order.*

## SERVICE LIST

Via U.S. Mail:

Neil Edward Haselfeld, pro se
3006 Hawthorne Street
Sarasota, Florida 34239.

Stephen L. Meininger, Trustee
707 North Franklin Street, Suite 850
Tampa, Florida 33602

U.S. Trustee
United States Trustee – TPA7/13
Timberlake Annex, Suite 1200
Tampa, Florida 33602