**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: September 17, 2019**


Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Neil Edward Haselfeld
dba Waterskis Professional

Case No.
8:19–bk–04614–MGW
Chapter 7

_____Debtor*_____/

### ORDER STRIKING ORDER STRIKING AMENDED SCHEDULE A/B

   THIS CASE came on for consideration, without hearing, of the Order Striking Amended Schedule A/B filed September 16, 2019, Doc. No. 41. The Order Striking Amended Schedule A/B is deficient as follows:

   The Order Striking Amended Schedule A/B does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

   Accordingly, it is **ORDERED:**

   The Order Striking Amended Schedule A/B is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.